MONTAGUE LESSLER, Respondent, *v.* ELIZA DE LOYNES, Appellant, Impleaded with Another.

*Lessler* v. *De Loynes*, 153 App. Div. 903, affirmed.
(Argued June 8, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 3, 1912, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The plaintiff holds by assignment from one George T.

Bayaud a written instrument which is in terms an agreement by one George De Loynes, a prospective heir of one Josephine I. Bayaud, to pay to Bayaud any money or property which De Loynes might thereafter receive from Miss Bayaud or her estate, up to a maximum of $2,000 and interest. The consideration recited is $1 and other good and valuable consideration. The wife and children of De Loynes joined in the instrument. This agreement is dated December 24, 1906. Miss Bayaud died November 11, 1907, leaving a will, thereafter duly probated, according to the terms of which De Loynes and Bayaud were each entitled to a one-ninth share of her estate.

The defense was: *First*, that the original agreement was procured by fraud and is totally invalid, and *second*, that if valid, it only operates as an assignment of twenty per cent of any moneys actually received by the De Loynes heirs, up to a maximum of $2,000.

*Howard E. White* for appellant.

*Montague Lessler* and *Leonard J. Obermeier* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, MILLER and CARDOZO, JJ.